AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Antonio Lamotta | ) Case: 1:22-mj-00177 |
| | ) Assigned To : Magistrate Judge Faruqui, Zia M. |
| | ) Assign. Date : 8/8/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) FID: 1145'7732 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Antonio Lamotta           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:     08/08/2022

Zia M. Faruqui
2022.08.08 17:52:25
-04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/8/2022, and the person was arrested on *(date)* 8/16/2022
at *(city and state)* Chesapeake, Virginia.

Date: 8/16/2022

*Arresting officer's signature*

Special Agent Thomas Pembroke FBI
*Printed name and title*